McGREGOR W. SCOTT
United States Attorney
MATTHEW M. YELOVICH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

SEALED

FILED
JUN 29 2018
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>ADEDAYO AGBAYEWA,<br><br>            Defendant. | CASE NO. 2:18-CR-127 WBS<br><br>[PROPOSED] ORDER TO SEAL INFORMATION AND CASE |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the files in the above-captioned matters be, and are, sealed until further order of this Court.

Dated: June 29, 2018

_____
The Honorable Kendall J. Newman
UNITED STATES MAGISTRATE JUDGE