MCGREGOR W. SCOTT
United States Attorney
MATTHEW M. YELOVICH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:18-CR-00127 WBS |
| Plaintiff, | STIPULATION REGARDING CONTINUANCE OF STATUS CONFERENCE RE SENTENCING; [~~PROPOSED~~] ORDER |
| v. | |
| ADEDAYO AGBAYEWA, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status conference as to setting sentencing dates on October 1, 2018.

2. By this stipulation, the parties now move to continue the status conference for setting sentencing dates until March 11, 2019 at 9:00 a.m.

3. The parties agree and stipulate that this continuance will provide both parties additional time to prepare for sentencing by, <u>inter alia</u>, researching issues pertinent to making a recommendation to the Court for a proposed sentence. Certain related matters will be concluded and/or public by that point, enabling the parties in this matter to set a sentencing schedule that will allow for provision of all pertinent information to the Court.

IT IS SO STIPULATED.

Dated: September 24, 2018     MCGREGOR W. SCOTT
                              United States Attorney

                              /s/ MATTHEW M. YELOVICH
                              MATTHEW M. YELOVICH
                              Assistant United States Attorney

Dated: September 24, 2018     /s/ PETER KMETO
                              PETER KMETO
                              Counsel for Defendant
                              ADEDAYO AGBAYEWA

**ORDER**

IT IS SO ORDERED.

Dated: September 25, 2018

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE