UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH NKUNZI, et al.,<br><br>Defendants. | Case No. 2:13-cr-00272-KJM<br><br><br><br>ORDER |

The court finds relation of the above-captioned case, which is closed, with the other currently pending cases identified in the government's filing, *see* ECF No. 147, is unlikely to effect a substantial savings of judicial effort. This court therefore DECLINES to relate the cases under Rule 123. This decision is, of course, without prejudice to any decision by the presiding judge in the next lowest-numbered case to relate his case and the third case identified in the government's notice.

IT IS SO ORDERED.

DATED: February 28, 2019.

_____
UNITED STATES DISTRICT JUDGE

1