MCGREGOR W. SCOTT
United States Attorney
MATTHEW M. YELOVICH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>ADEDAYO AGBAYEWA,<br><br>　　　　　　　　Defendant. | CASE NO. 2:18-CR-00127 WBS<br><br>STIPULATION REGARDING CONTINUANCE OF SENTENCING; [~~PROPOSED~~] ORDER |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.　By previous order, this matter was set for status conference as to setting sentencing dates on March 11, 2019.

2.　By this stipulation, the parties now move to continue the status conference for setting sentencing dates until March 9, 2020 at 9:00 a.m.

3.　The parties agree and stipulate that this continuance will provide both parties additional time to prepare for sentencing by, <u>inter alia</u>, researching issues pertinent to making a recommendation to the Court for a proposed sentence. The government has filed a related case order in this matter regarding three defendants in a case involving extradition proceedings that are ongoing, and therefore the parties believe that good cause exists for continuing the status hearing in this matter.

IT IS SO STIPULATED.

Dated: March 7, 2019          MCGREGOR W. SCOTT
                              United States Attorney

                              /s/ MATTHEW M. YELOVICH
                              MATTHEW M. YELOVICH
                              Assistant United States Attorney


Dated: March 7, 2019          /s/ PETER KMETO
                              PETER KMETO
                              Counsel for Defendant
                              ADEDAYO AGBAYEWA

## ORDER

IT IS SO ORDERED.

Dated: March 11, 2019

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE