PETER KMETO
State Bar #78827
1001 G Street, Suite 205
Sacramento, CA 95814
(916)444-7420; FAX: (916) 914-2357
email: pkmeto@sbcglobal.net

Attorney for Defendant: ADEDAYO AGBAYEWA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:18-CR-00127 WBS |
|---|---|
| Plaintiff, | |
| vs. | STIPULATION REGARDING CONTINUANCE OF SENTENCING; [PROPOSED] ORDER |
| ADEDAYO AGBAYEWA, | |
| Defendant | |

Defendant: ADEDAYO AGBAYEWA, through his attorney, PETER KMETO, and the United States of America, through its counsel of record, CHRISTINA McCALL, stipulate and agree to the following:

1. By previous order, this matter was set for status conference as to setting sentencing dates on March 9, 2020.

1

2. By this stipulation, the parties now move to continue the status conference for setting sentencing dates until December 14, 2020.

3. The parties agree and stipulate that this continuance will provide both parties additional time to prepare for sentencing by, inter alia, researching issues pertinent to making a recommendation to the Court for a proposed sentence. Certain related matters will likely be concluded and/or public by that point, enabling the parties in this matter to set a sentencing schedule that will allow for provision of all pertinent information to the Court.

IT IS SO STIPULATED.

Dated: January 29, 2020   /s/ CHRISTINA McCALL
Assistant US Attorney
Attorney for Plaintiff

Dated: January 29, 2020   /s/ PETER KMETO
Attorney for Defendant
ADEDAYO AGBAYEWA

/// ///

/// ///

## ORDER

UPON GOOD CAUSE SHOWN and the stipulation of the two parties IT IS ORDERED that the HEARING FOR SETTING JUDGMENT AND SENTENCING in the above entitled matter be continued to **December 14, 2020 at 9:00 a.m**., as set forth above.

Dated: January 30, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE