McGREGOR W. SCOTT
United States Attorney
CHRISTINA McCALL
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:18-CR-00127-WBS |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| ADEDAYO AGBAYEWA, | DATE: December 14, 2020 TIME: 9:00 a.m. COURT: Hon. William B. Shubb |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate:

1. By previous order, this matter was set for a status conference to establish dates related to sentencing on December 14, 2020, following the defendant's prior guilty plea.

2. By this stipulation, the parties now move to continue the status conference as to setting sentencing dates until December 6, 2021.

3. The parties agree and stipulate, and request that the Court find the following:

The parties agree and stipulate that this continuance will provide both parties additional time to prepare for sentencing by, inter alia, researching issues pertinent to making a recommendation to the Court for a proposed sentence. Certain related matters will likely be concluded and/or public by that point, enabling the parties in this matter to set a sentencing schedule that will allow for provision of all

pertinent information to the Court.

IT IS SO STIPULATED.

Dated:  December 1, 2020

McGREGOR W. SCOTT
United States Attorney

/s/ CHRISTINA McCALL
CHRISTINA McCALL
Assistant United States Attorney

Dated:  December 1, 2020

/s/ PETER KMETO
PETER KMETO
Counsel for Defendant
ADEDAYO AGBAYEWA

### FINDINGS AND ORDER

UPON the stipulation of the two parties IT IS ORDERED that the HEARING FOR SETTING JUDGMENT AND SENTENCING in the above entitled matter be continued to December 6, 2021 at 9:00 a.m., as set forth above.

Dated:  December 1, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE