PETER KMETO, Attorney at Law
P.O. Box 8789
South Lake Tahoe, CA 96158
State Bar # 078827
tel. (916) 444-7420; fax (916) 914-2357
email: pkmeto@sbcglobal.net

Attorney for Defendant
ADEDAYO AGBAYEWA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:18-CR-00127-WBS |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| ADEDAYO AGBAYEWA, | DATE: December 6, 2021
TIME: 9:00 a.m.
COURT: Hon. William B. Shubb |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate:

1. By previous order, this matter was set for a status conference to establish dates related to sentencing on December 6, 2021, following the defendant's prior guilty plea.

2. By this stipulation, the parties now move to continue the status conference as to setting sentencing dates until June 6, 2022.

3. The parties agree and stipulate, and request that the Court find the following:

The parties agree and stipulate that this continuance will provide both parties additional time to prepare for sentencing by, inter alia, researching issues pertinent to making a recommendation to the Court for a proposed sentence. Certain related matters will likely be concluded and/or public by that point, enabling the parties in this matter to set a sentencing schedule that will allow for provision of all pertinent information to the Court.

IT IS SO STIPULATED.

Dated:  November 30, 2021                     McGREGOR W. SCOTT
                                              United States Attorney


                                              /s/ CHRISTINA McCALL
                                              CHRISTINA McCALL
                                              Assistant United States
                                              Attorney


Dated:  November 30, 2021                     /s/ PETER KMETO
                                              PETER KMETO
                                              Counsel for Defendant
                                              ADEDAYO AGBAYEWA


## FINDINGS AND ORDER

UPON the stipulation of the two parties IT IS ORDERED that the HEARING FOR SETTING JUDGMENT AND SENTENCING in the above entitled matter be continued to June 6, 2022 at 9:00 a.m., as set forth above.

Dated: November 30, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE