PETER KMETO, Attorney at Law
P.O. Box 8789
South Lake Tahoe, CA 96158
State Bar # 078827
tel. (916) 444-7420; fax (916) 914-2357
email: pkmeto@sbcglobal.net

Attorney for Defendant
ADEDAYO AGBAYEWA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>ADEDAYO AGBAYEWA,<br><br>                Defendant. | CASE NO.  2:18-CR-00127-WBS<br><br>**STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING**<br><br>DATE: June 6, 2022<br>TIME: 9:00 a.m.<br>COURT: Hon. William B. Shubb |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate:

1. By previous order, this matter was set for sentencing before this Court, to occur on June 6, 2022.

2. By this stipulation, the parties now move to continue the sentencing date until July 11, 2022 which date has been approved by the assigned USPO, Nisha Modica.

3. The parties agree and stipulate, and request that the Court find the following:

The parties agree and stipulate that this continuance will provide both parties additional time to prepare for sentencing by, inter alia, researching issues pertinent to making a recommendation to the Court for a proposed sentence.  Certain related matters will likely be concluded and/or public by that point, enabling the parties in this matter to set a sentencing schedule that will allow for provision of all pertinent information to the Court.

STIP. TO CONTINUE SENTENCING SETTING            1

IT IS SO STIPULATED.

Dated:  June 1, 2022  PHILLIP A. TALBERT
United States Attorney

/s/ CHRISTINA McCALL
CHRISTINA McCALL
Assistant United States Attorney

Dated:  June 1, 2022  /s/ PETER KMETO
PETER KMETO
Counsel for Defendant
ADEDAYO AGBAYEWA

**ORDER**

UPON the stipulation of the two parties IT IS ORDERED that the hearing for setting **Judgment and Sentencing** in the above entitled matter be **CONTINUED** to **July 11, 2022**, at **9:00 A.M**., as set forth above.

Dated:  June 1, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE