PHILLIP A. TALBERT
United States Attorney
CHRISTINA McCALL
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:18-CR-00127-WBS |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING HEARING; ORDER |
| v. | DATE: July 11, 2022 |
| ADEDAYO AGBAYEWA, | TIME: 9:00 a.m. |
| Defendant. | COURT: Hon. William B. Shubb |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate:

1. By previous order, this matter was set for a sentencing hearing on July 11, 2022.

2. Government counsel is currently in a jury trial before Hon. John A. Mendez that will resume the morning of July 11, 2022.

3. Given pre-existing case commitments and availability of both counsel, and the Court's schedule, the parties jointly request that the Court continue the sentencing hearing to September 12, 2022.

4. There are no speedy trial issues implicated by this request for a continuance because the defendant has already entered a plea of guilty in this case. The assigned United States Probation Officer is available on September 12, 2022. The defendant will be able to personally appear on that date.

IT IS SO STIPULATED.

Dated: July 6, 2022

PHILLIP A. TALBERT
United States Attorney

/s/ CHRISTINA McCALL
CHRISTINA McCALL
Assistant United States Attorney

Dated: July 6, 2022

/s/ PETER KMETO
PETER KMETO
Counsel for Defendant
ADEDAYO AGBAYEWA

## ORDER

UPON the stipulation of the two parties IT IS ORDERED that the sentencing hearing in the above entitled matter be continued to September 12, 2022 at 9:00 a.m., as set forth above.

Dated: July 6, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE